UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 17-01069-AB | Date: April 18, 2017 |

Title: *In re Claire Levine*

Present: The Honorable **ANDRÉ BIROTTE JR.**

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order To Show Cause Regarding Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8014 records.

Appellant is Ordered to Show Cause no later than May 2, 2017, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.