UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | CV 17-01069-AB | Date: | June 1, 2017 |
|---|---|---|---|

| Title: | *In Re: Claire Levine* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] **ORDER ADMINISTRATIVELY CLOSING CASE**

    This case was consolidated with case number CV-17-00576 AB. This case is therefore **ADMINISTRATIVELY CLOSED**. Documents shall be filed only in case number CV-17-00576-AB.

    **IT IS SO ORDERED.**